IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-CR-20051____ |
| | ) | |
| COREY D. ANDERSON, | ) | Title 18, United States Code, |
| | ) | Section 922(g)(1). |
| Defendant. | ) | |

**FILED**
DEC 05 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEALED

INDICTMENT

**COUNT 1**
**(Possession of a Firearm by a Felon)**

**THE GRAND JURY CHARGES:**

On or about March 30, 2023, in Kankakee County, in the Central District of Illinois,

**COREY D. ANDERSON,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely, a Glock 41 forty-five caliber pistol and a Smith & Wesson nine-millimeter pistol,

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about March 30, 2023, in the Central District of Illinois,

**COREY D. ANDERSON**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Glock 41 .45 caliber firearm, with a magazine and any ammunition found therein and; (2) a Smith & Wesson nine-millimeter firearm with a magazine and any ammunition found therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.
s/Foreperson

FOREPERSON

s/Doug Quivey

GREGORY K. HARRIS
United States Attorney
TJS